**Emma Thieme, Appellant, v. Steve Harris and Olga Harris, Appellees.**

Gen. No. 44,991.

Maurice R. Kraines, for appellant; no appearance, for appellees. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full. Opinion filed April 5, 1950; released for publication May 17, 1950.